01:46 PM

Case Information:
    23-20562 Brownrigg Ranches LLC   Chapter: 12
Judge: DLS   Filed: 05/19/2023     Pln Confirmed:

Appearances:
xx     Ryan A Blay representing Brownrigg Ranches LLC (Debtor)
xx     Carl B. Davis (Trustee)
xx     Tyler Heffron representing creditors Sheryl Andersen, Lori Brinker and Michael R. Browrigg

**Issue#1**
    [34] Motion to Extend Time to File Chapter 12 Plan Filed on behalf of Debtor Brownrigg Ranches LLC, with Certificate of Service.
    [36] Objection to (related document(s): 34 Motion to Extend Time to File Chapter 12 Plan filed by Debtor Brownrigg Ranches LLC) Filed by Trustee Carl B. Davis

Notes/Decision:

Trustee states the July monthly operating report has been filed. August report will be due next week. Court grants an extension of time to file Chapter 12 Plan. Trustee requests status conference in January and Court orders a Status Conference to be held telephonically on January 11th @ 2:15 p.m. regarding the filing of the plan. Text order entered.

Courtroom Deputy: Mary Meyer
ECRO Reporter: Toni Brady